*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              NO. 4:13CR00320-001 SWW

ZACHARY LAMONT LORING                                             DEFENDANT

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment & Commitment [doc #32] as to the above-named defendant should be amended to reflect that the sentence imposed shall run consecutive to the undischarged term of imprisonment that defendant is currently serving.

IT IS THEREFORE ORDERED that the Judgment and Commitment [docket #32] be amended to reflect the sentence imposed as follows:

> The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:
> ONE HUNDRED AND TWENTY (120) MONTHS to be served consecutively to the undischarged term of imprisonment defendant is currently serving in the Arkansas Department of Correction in case numbers CR10-175, CR 11-1384 and CR 11-3889.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 8th day of April 2015.

/s/Susan Webber Wright

United States District Judge